## JAMES FRIEDMAN *v.* MERIDEN ORTHOPAEDIC GROUP, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 77 Conn. App. 307 (AC 21841), is granted, limited to the following issue:

"Did the trial court properly preclude the plaintiff's board certified radiologist from testifying against the defendants?"

The Supreme Court docket number is SC 17047.

*Carey B. Reilly*, in support of the petition.

*David J. Robertson*, in opposition.

Decided September 4, 2003

---

## STATE OF CONNECTICUT *v.* SALVATORE CICCIO

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 368 (AC 22088), is denied.

*Martin Zeldis*, senior assistant public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided September 4, 2003

---

## STATE OF CONNECTICUT *v.* WILSON F.

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 405 (AC 22229), is denied.

*David V. DeRosa*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 4, 2003

---

### STATE OF CONNECTICUT *v.* OSCAR HARVEY

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 225 (AC 22355), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Proloy K. Das*, special deputy assistant state's attorney, in opposition.

Decided September 4, 2003

---

### STATE OF CONNECTICUT *v.* PIERRE STEWART

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 393 (AC 22465), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided September 4, 2003

---

### ALEX TYSON *v.* JAMES F. SULLIVAN, COMMISSIONER OF TRANS-PORTATION, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 597 (AC 22508), is denied.